**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **RAMONA BROWN, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**DENEFITS, LLC,**<br><br>Defendant. | Case No.: 8:20-cv-00305-DOC-JDEx<br><br>**NOTICE OF SETTLEMENT** |

1    NOTICE IS HEREBY GIVEN that the dispute between Plaintiff Ramona

2  Brown ("Plaintiff") and Defendant Denefits, LLC ("Defendant") has been resolved

3  on an individual basis.  The parties anticipate filing a Stipulation for Dismissal of

4  the Action as to the named Plaintiff's claims against Defendant with prejudice, and

5  the putative class's claims against Defendant without prejudice, within 60 days.

6  Plaintiff requests that all pending dates and filing requirements as to Defendant be

7  vacated.

8

9  Dated: June 5, 2020                         Respectfully submitted,

10                                                   **KAZEROUNI LAW GROUP, APC**

11                                                   By: _/s/ Ryan L. McBride_____

12                                                          RYAN L. MCBRIDE, ESQ.
                                                            *Attorneys for Plaintiff*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Case # 8:20-cv-00305-DOC-JDEx**                                    *Brown v. Denefits, LLC*

**NOTICE OF SETTLEMENT**

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, SUITE D1
COSTA MESA, CA 92626