**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **RAMONA BROWN, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**DENEFITS, LLC,**<br><br>Defendant. | Case No.: 8:20-CV-00305-DOC-JDE<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>[JURY TRIAL DEMANDED] |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ramona Brown ("Plaintiff") voluntarily dismisses Plaintiff's claims against Defendant Denefits, LLC ("Defendant") with prejudice, and the putative class's claims against Defendant without prejudice in the above-captioned matter. Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 2, 2020            Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  */s/ Ryan L. McBride*
    Ryan L. McBride, Esq.
    *Attorneys for Plaintiff*